**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BRITNI WALSH and FRANKLIN EUGENE DUVALL JR.,**

**CASE NO: 5:26-cv-00545-AGM-PRL**

**Plaintiffs,**

**vs.**

**MARION COUNTY SHERIFF'S OFFICE, LEAGUE CITY POLICE DEPARTMENT, CITY OF LEAGUE CITY, SHERIFF BILLY WOODS, KAILEIGH WALTON, HENRIK OSTHED, LEEF JEAN-FRANCOIS, and CLAYTON SHAW in their official and individual capacities,**

**Defendants.**

**_______________________________________/**

**DEFENDANTS LEAGUE CITY POLICE DEPARTMENT, CITY OF LEAGUE CITY AND CLAYTON SHAW DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares:

N/A

2. Identify any other entity or natural person – not a party or counsel of record – with an interest the action's outcome might substantially affect.

N/A

3. Identify any lawyer – other than counsel of record – who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

N/A

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

N/A

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

N/A

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

N/A

7. If a pleading or notice of removal asserts diversity under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

The City of League City (and its police department, which is not a separate legal entity), along with Defendant Clayton Shaw, are citizens of the State of Texas.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

N/A

I certify that the disclosures in this statement are complete and accurate to the best of my knowledge, information, and belief. I agree to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

**Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

**I HEREBY CERTIFY** that on September 28, 2026, the foregoing was electronically filed with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to Robert S. Mactavish, Esq., 3003 N. Central Ave., Ste. 685, Phoenix, AZ 85012; Zackery Scharlepp, Esq. and Alexis L. Eisman, Esq., 2316 Killearn Center Blvd., Ste. 202, Tallahassee, FL 32309.

*/s/ Joshua B. Walker*

JOSHUA B. WALKER, ESQ.
Florida Bar No. 0047614
Walker, Revels, Greninger, PLLC
189 S. Orange Avenue, Suite 1600
Orlando, FL 32801
Tel: 407-789-1830 Fax: 321-251-2990
JWalker@wrg.law
Attorney for League City Police Department, City of League City and Clayton Shaw