UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRITNI WALSH and
FRANKLIN EUGENE DUVALL, JR.,

Plaintiffs,

v. CASE NO. 5:26-cv-00545-JSM-PRL

MARION COUNTY SHERIFF'S OFFICE, LEAGUE CITY POLICE DEPARTMENT, CITY OF LEAGUE CITY, SHERIFF BILLY WOODS, KAILEIGH WALTON, HENRIK OSTHED, LEEF JEAN-FRANCOIS, and CLAYTON SHAW in their official and individual capacities,

Defendants.
_________________________________/

**DEFENDANTS MARION COUNTY SHERIFF'S OFFICE, SHERIFF BILLY WOODS, KAILEIGH WALTON, HENRICK OSTHEAD, AND LEEF JEAN-FRANCOIS VERIFIED DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING**

Pursuant to this Court's Standing Order, Defendants verify the following regarding third-party litigation funding:

1. Defendants' legal fees and expenses for this case may be paid by the Florida Sheriffs' Risk Management Fund ("FSRMF"), 2750 Chancellorsville Dr., Tallahassee, FL 32312, phone no. (850) 320-6880.

2. FSRMF offers professional liability self-insurance through the Florida Sheriffs Insurance Program.

3. The Marion County Sheriff's Office is a member of the FSRMF and participates in coverage that includes all or part of the defense for claims brought in this case.

4. FSRMF is involved in litigation and settlement decisions through a collaborative process. The specific terms and conditions for litigation and settlement decisions are outlined in the member agreement disclosed and provided in the Marion County Sheriff's Office Rule 26 disclosures.

5. FSRMF does not receive funding from any foreign government or governments.

Respectfully submitted this 30th day of September 2026.

**/s/ Alexis L. Eisman**

Zackery Scharlepp, (FBN: 0085374)
Alexis L. Eisman, (FBN: 1049442)
zascharlepp@coppinsmonroe.com
aeisman@coppinsmonroe.com
bmiller@coppinsmonroe.com
kwillis@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 | Fax: 850-422-2730

ATTORNEYS FOR DEFENDANTS

MARION COUNTY SHERIFF'S OFFICE,
SHERIFF BILLY WOODS,
KAILEIGH WALTON, HENRICK OSTHEAD,
AND LEEF JEAN-FRANCOIS

**ARTIFICIAL INTELLIGENCE CERTIFICATE**

The undersigned hereby certifies that no generative AI was used in the drafting and preparation of this filing.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b)(3), this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

**/s/ Alexis L. Eisman**
Attorney