**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BRITNI WALSH, et al.,**

**Plaintiff,**

**v.** **Case No: 5:26-cv-545-AGM-PRL**

**CITY OF LEAGUE CITY, et al.,**

**Defendants.**

---

## ORDER

Plaintiffs Britni Walsh and Franklin Eugene Duvall, Jr. initiated this action, through counsel, by filing a civil complaint. (Doc. 1). Plaintiffs are now proceeding on an amended complaint. (Doc. 37). Before the Court are Defendants' motions to dismiss (Doc. Nos. 39, 41) and Plaintiffs' responses in opposition (Doc. Nos. 43, 44). The motions are now ripe for review; however, Plaintiffs assert that "a motion for leave to amend the complaint will be filed soon." (Doc. 43 at 2 n.1). To prevent the waste of scarce judicial resources on motions that would become moot upon the filing of a second amended complaint, counsel for Plaintiffs shall advise the Court **on or before December 1, 2026**, whether Plaintiffs intend to file a second amended complaint, and, if so, by what date Plaintiffs intend to do so.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 20th day of November 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:
Counsel of Record